Daniel Heck v. Uvalde Asphalt Company. (2 cases.) — Application and motion granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry B. Smith v. William R. Williams.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Philip P. Carlon v. Anna M. Reilly.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

American Woolen Company v. Harry Moskowitz.—Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott Dowling and Hotchkiss, JJ.

American Credit Indemnity Company v. Frank Cohen and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alexander L. Ide v. Henry Rosenstein.—Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Murray & Hill Company v. Boreas Realty Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Marshall Clapp v. Sophie J. Schaus.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Belle M. Crick.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Hermann H. Camman and Others v. Susannah G. Bailey and Others.— Motion for leave to appeal to Court of Appeals granted; question certified. Motion for resettlement denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Leon Kauffman v. Ada L. Simis.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary E. Dickerman and Another v. Frank P. Sheehy and Others.— Motion granted; question certified. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Abigail H. Bishop v. James C. Bishop.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Alfred Schulz.— Motion to vacate order dismissing appeal granted on condition that printed papers on appeal are served so that case can go on calendar by June tenth; order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Robert S. Smith v. Max Rubel.— Motion denied, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frederick Potter and Another v. The Park Company.— Motion granted to the extent stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.